THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MARTINE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.

Submitted November 10, 1947; decided November 20, 1947.

*James Martine,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), opposed.

Motion denied upon the ground that no appeal can be taken to this court. (See *Matter of Scheer* v. *Webster,* 294 N. Y. 656.)